**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

TIM BATCHELOR, individually and on behalf
of all others similarly situated,

               Plaintiff,

     v.

AOL, INC., a Delaware corporation, and
SDC SOFTWARE., INC., a Delaware
corporation,

               Defendants.

----------------------------------------------------------X

      12-cv-00963(JSR)

      **MOTION FOR ADMISSION**
      ***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jay Edelson, hereby respectfully move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Tim Batchelor in the above-captioned action.

I am member in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

               Respectfully submitted,

Dated:  February 14, 2012

               Jay Edelson
               EDELSON MCGUIRE, LLC
               350 North LaSalle Street, Suite 1300
               Chicago, Illinois 60654
               Telephone: (312) 589-6370
               Facsimile: (312) 589-6378
               jedelson@edelson.com

## CERTIFICATE OF SERVICE

I, Jay Edelson, an attorney, hereby certify that on February 14, 2012, I served the above and foregoing *Motion for Admission Pro Hac Vice*, by causing true and accurate copies of such papers to be placed in postage prepaid envelopes addressed to the parties shown below and depositing such envelopes in the U.S. Mailbox located at 350 North LaSalle Street, Chicago, Illinois 60654, on this the 14th day of February 2012.

1.   AOL, Inc.
     c/o Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, Delaware 19808

2.   SDC Software, Inc.
     c/o CT Corporation System
     818 West Seventh Street
     Los Angeles, California 90017

_____
Jay Edelson



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Jay Edelson
Edelson McGuire LLC
350 N La Salle Dr Ste 1300
Chicago, IL 60654-7582

Chicago
January 27, 2012

In re: Jay Edelson
Admitted: 5/8/1997
Attorney No. 6239287

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TIM BATCHELOR, individually and on behalf
of all others similarly situated,

                   Plaintiff,

                       12-cv-00963(JSR)

      v.

AOL, INC., a Delaware corporation, and        **ORDER ON MOTION FOR**
SDC SOFTWARE., INC., a Delaware           **ADMISSION *PRO HAC VICE***
corporation,

                   Defendants.

-----------------------------------------------------------X

      The motion of Jay Edelson, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Jay Edelson has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Jay Edelson
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com

      Jay Edelson having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff, Tim Batchelor in the above entitled action;

      IT IS HEREBY ORDERED that Jay Edelson is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.


Entered: _____       _____

                                   HONORABLE JED S. RAKOFF
                                   UNITED STATES DISTRICT JUDGE