IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIM BATCHELOR, individually and on Behalf of all others similarly situated<br><br>*Plaintiff,*<br>v.<br>AOL, INC., a Delaware corporation, and SDC SOFTWARE., INC., a Delaware corporation,<br><br>*Defendants.* | **MOTION TO ADMIT PRO HAC VICE**<br>12-cv-00963 (JSR)<br><br>ECF CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeffrey M. Eilender, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Michael Page
Firm Name: Durie Tangri LLP
Address: 217 Leidesdorff Street
City/State/Zip: San Francisco, CA 94111
Phone No.: (415) 362-6666
Fax No.: (415) 236-6300

as counsel for Defendants in the above-captioned action.

Mr. Page is a member in good standing of the Bar of California. Annexed hereto as Exhibit 1 is a certificate of good standing issued with respect to Mr. Page by the State Bar of California.

There are no disciplinary proceedings pending against Mr. Page in any State or Federal Court.

Dated: New York, New York
March 6, 2012

Respectfully submitted,

SCHLAM STONE & DOLAN LLP

By: _____
Jeffrey M. Eilender

26 Broadway
New York, New York 10004
(212) 344-5400
(212) 344-7677 (facsimile)

*Attorneys for Defendants*

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 15, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL HENRY PAGE, #154913 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIM BATCHELOR, individually and on Behalf of all others similarly situated<br><br>*Plaintiff*,<br>v.<br>AOL, INC., a Delaware corporation, and SDC SOFTWARE., INC., a Delaware corporation,<br><br>*Defendants*. | **ORDER ON MOTION FOR ADMISSION PRO HAC VICE**<br>12-cv-00963 (JSR)<br><br>ECF CASE |

Upon the motion of Jeffrey M. Eilender, attorney for Defendant AOL, Inc. and said sponsor's declaration in support:

**IT IS HEREBY ORDERED** that

Applicant's Name:  Michael Page
Firm Name:        Durie Tangri LLP
Address:          217 Leidesdorff Street
City/State/Zip:   San Francisco, CA 94111
Phone No.:        (415) 362-6666
Fax No.:          (415) 236-6300

is admitted pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of this Court.

Dated: March __, 20012
      New York, New York


Entered: _____

                                          _____
                                          THE HONORABLE JED S. RAKOFF
                                          United States District Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**JAE-HEE HONEY**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

On March 6, 2012 I served a true and complete copy of the **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL PAGE** and **PROPOSED ORDER** upon:

Jay Edelson
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

by placing the above-mentioned documents in a postage paid, sealed envelope and depositing the envelope into a USPS mail depository, causing the above mentioned documents to be delivered FIRST CLASS MAIL to the above-named person at the above listed address.

_____
JAE-HEE HONEY

Sworn to before me this
6th day of March, 2012

_____
Notary Public

REBECCA CARAVAGLIO
Notary Public, State of New York
No. 43-4993626
Qualified in Richmond County
Commission Expires March 23, 2014